IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN DARNELL EDWARDS,** <br><br> Plaintiff, <br><br> v. <br><br> **HIGH DESERT STATE PRISON, et al.,** <br><br> Defendants. | No. 2:10-cv-01264 MCE-JFM <br><br> **ORDER GRANTING MOTION TO TAKE PLAINTIFF'S DEPOSITION BY REMOTE MEANS** |

Good cause appearing, the motion of Defendants Davis, McDonald, Perez, Simpson, and Williams for an order to take Plaintiff's deposition by remote means is granted.

Defendants may take Plaintiff's deposition by video conference or telephone if their counsel is unable to personally appear at the deposition.

**Date: 5/2/2012**

_____
UNITED STATES MAGISTRATE JUDGE

/edwa1264.viddep

1

Order Granting Motion to Take Plaintiff's Deposition by Remote Means  (2:10-cv-01264 MCE-JFM)