1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BRIAN DARNELL EDWARDS,              No.  2:10-cv-1264-MCE-DAD P

12              Plaintiff,

13         v.                            ORDER

14   M.D. MCDONALD, et al.,

15              Defendants.

16

17         Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights

18   action pursuant to 42 U.S.C. § 1983.  On August 22, 2013, the undersigned issued findings and

19   recommendations recommending that defendants' motion for summary judgment be granted in

20   part and denied in part.  (ECF No. 100).  On September 26, 2013, those findings and

21   recommendations were adopted in full by the assigned District Judge and the matter was referred

22   back to the undersigned for further proceedings.  (ECF No. 103.)  On October 9, 2013, plaintiff

23   filed a notice of interlocutory appeal of the court's September 26, 2013 order.  (ECF No. 104.)

24   On December 16, 2013, the Ninth Circuit Court of Appeals issued an order dismissing plaintiff's

25   interlocutory appeal for lack of jurisdiction.  (ECF No 109.)

26         In due course, the court will issue a further scheduling order setting dates for pretrial

27   statements, pretrial conference, and jury trial.  However, before issuing that scheduling order, the

28   court will set a mandatory settlement conference in this case.  If available, the court may order

1

1  that plaintiff participate in the settlement conference by way of video-conferencing. Pursuant to

2  Local Rule 270(b), the parties will be directed to inform the court in writing as to whether they

3  wish to proceed with the settlement conference before the undersigned magistrate judge or if they

4  wish to be referred to the court's mediation program.

5        Accordingly, IT IS HEREBY ORDERED that:

6        1.  Within twenty-one days of the date of this order, each party shall inform the court in

7  writing as to whether they wish to proceed with the settlement conference before the undersigned

8  magistrate judge or if they wish to wish to be referred to the court's mediation program.  If the

9  parties wish to proceed before the undersigned magistrate judge, each party shall return to the

10  court the consent form for settlement conferences provided with this order.  If the parties do not

11  wish to waive disqualification and consent to the undersigned magistrate judge presiding at the

12  settlement conference, each party shall file a declaration stating he wishes to be referred to the

13  court's mediation program; and

14        2.  The Clerk of the Court is directed to send each party the consent form for settlement

15  conferences.

16  Dated:  January 22, 2014

17

18

     edwa1264.sc

19

                      DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

2