IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN DARNELL EDWARDS,** | Case No. 2:10-cv-01264 MCE DAD |
| v. | **ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE TRIAL** |
| **HIGH DESERT STATE PRISON, et al.,** | |

Good cause appearing, Defendant's motion to continue the trial is granted.

The April 6, 2015, jury trial is vacated and continued to June 1, 2015, at 9:00 a.m. in Courtroom 7.

IT IS SO ORDERED.

Dated: January 28, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT