UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN DARNELL EDWARDS,

        Plaintiff,                      No. 2:10-cv-1264 MCE DAD P

vs.

JOHN HAVLIN, et al.,

        Defendants.            **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Brian Darnell Edwards, inmate # K-49721, a necessary and material witness in proceedings in this case on June 1, 2015, is confined in High Desert State Prison, in the custody of the Warden; in order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate at the United State District Court, 14th Floor, Courtroom 7, 501 I Street, Sacramento, California on June 1, 2015, at 9:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

      3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California  95671; and

      4. The Clerk of the Court shall send a courtesy copy by fax to High Desert State Prison at (530) 251-5031.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  The Warden, High Desert State Prison, 475-750 Rice Canyon Road, P.O. Box 750, Susanville, California, 96127-0750:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  May 19, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:10/mp
edwa1264.841.trial